IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
BRUNSWICK DIVISION

| | |
|---|---|
| OSWALDO ROMERO, JR. and<br>LEESA K. ROMERO,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH A. LANZONE, JR, MD,<br>and SOUTHEAST GEORGIA<br>UROLOGY ASSOCIATES, P.C.,<br><br>Defendants. | Civil Action No.<br>2:12-cv-00019-LGW-JEG<br><br>JURY TRIAL DEMANDED |

# PLAINTIFFS' FIRST SUPPLEMENTAL RULE 26(a)(2)(C) EXPERT DISCLOSURE

COMES NOW, Oswaldo Romero, Jr., and Leesa K. Romero, Plaintiffs in the above-styled action, and make their First Supplemental Fed. R. Civ. P. Rule 26(a)(2)(C) Expert Witness Disclosure, showing the Court as follows:

## Introduction

Fed. R. Civ. P. 26(a)(2)(C) was amended in December, 2010 to require a disclosure for witnesses who were not required to provide a written report under Fed. R. Civ. P. 26(a)(2)(C). Plaintiffs disclose the following:

3.

Dr. Edward Gheiler
Urology Specialty Group, LLC,
2140 W. 68th Street, Ste. 200,
Hialeah, Florida 33016,
(305) 822-7227

In accord with the testimony of Dr. Gheiler, Dr. Gheiler will testify, to a reasonable degree of medical certainty, that the cause of the stricture in Oswaldo

Romero, Jr.'s right ureter was trauma during a ureteroscopy. Dr. Gheiler also testified that Oswaldo Romero, Jr. should have been out of work, and was put out of work, by Dr. Gheiler during the time that Dr. Gheiler was treating him.

4.

Dr. Fernando Bianco
Urology Specialty Group, LLC
2140 W. 68th Street, Ste. 200
Hialeah, Florida 33016
(305) 822-7227 and
Mt. Sinai Medical Center Urology, LLC
4300 Alton Road, Ste. 540
Miami Beach, Florida 33140
(305) 674-2499

In accord with Dr. Bianco's testimony, Dr. Bianco will testify that it is his opinion that Oswaldo Romero, Jr.'s stricture was of a traumatic origin and that surgical intervention caused same. It was not caused by the passing of a guide wire. Dr. Bianco will testify that guide wires are used to ensure that the doctor is in the correct ureter and that same is done by using fluoroscopy. If the fluoroscopy shows that the guide wire is in the wrong ureter, the guide wire should be removed, with no resulting damage to the ureter. It is also Dr. Bianco's opinion that Oswaldo Romero, Jr. could not work in his job through 6/21/10 and that it was reasonable for Oswaldo Romero, Jr. to return to work as of that date.

This 6th day of August, 2012.

OWENS & MULHERIN

_____
Wilbur D. Owens, III
Attorney for Plaintiff
Georgia State Bar No. 557810
owens@lomlaw.com

PO Box 13368
Savannah, GA 31416-3368
(912) 691-4686 – telephone
(912) 691-4724 – facsimile

Signature Page
Romero v. Lanzone, et al
Plaintiffs' First Supplemental 26(a)(2)(C Discovery Disclosures
United States District Court
Southern District
Brunswick Division
Civil Action No. 2:12-cv-00019-LGW-JEG

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
BRUNSWICK DIVISION

| | |
|---|---|
| OSWALDO ROMERO, JR. and<br>LEESA K. ROMERO,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH A. LANZONE, JR, MD,<br>and SOUTHEAST GEORGIA<br>UROLOGY ASSOCIATES, P.C.,<br><br>Defendants. | Civil Action No.<br>2:12-cv-00019-LGW-JEG<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record in the above referenced matter with a copy of the within and foregoing Plaintiffs' First Supplemental Rule 26(a)(2)(C) Expert Disclosure, via the Court's electronic filing system (CM/ECF system) which will automatically send email notification of such filing to the following attorneys of record:

Michael G. Frick, Esq.
Hall Booth Smith & Slover, P.C.
3528 Darien Highway, Ste. 300
Brunswick, GA 31525

This 6th day of August, 2012.

OWENS & MULHERIN

_____
Wilbur D. Owens, III
Attorney for Plaintiff
Georgia State Bar No. 557810
Owens@lomlaw.com

PO Box 13368
Savannah, GA 31416-3368
(912) 691-4686 – telephone
(912) 691-4724 – facsimile