AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OSWALDO ROMERO, JR., and
LEESA K. ROMERO,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV212-019

JOSEPH A. LANZONE, JR., MD, and
SOUTHEAST GEORGIA UROLOGY
ASSOCIATES, P.C.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court dated December 20, 2012, judgment of dismissal is hereby entered and this case stands dismissed.

Approved by: _____

Date: January 3, 2013

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03